IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROBERT M. FOUST,            )
                            )
        Plaintiff,          )
                            )
   v.                       )        1:09CV966
                            )
ALEXANDER DAWSON, III,      )
                            )
        Defendant.          )

## J-U-D-G-M-E-N-T

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on December 31, 2009, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's complaint [Docket No. 2] is hereby **DISMISSED** for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B).

This the 16th day of October, 2012

    /s/   N. Carlton Tilley, Jr.
Senior United States District Judge